**SO ORDERED.**
**SIGNED this 23rd day of December, 2013**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

IN RE:

    **EVYLENE HENSLEY,**                          Case No. 13-33577
                                                               Chapter 7
    Debtor.

**ORDER**

Upon the application of Michael H. Fitzpatrick, Trustee, seeking authority to employ Ryan E. Jarrard and Quist, Cone, & Fisher, PLLC as his attorneys to avoid a fraudulent conveyance and to sue co-owners for sale of fee simple interest and any other legal needs of the estate, and it appearing to the Court that said Ryan E. Jarrard and Quist, Cone & Fisher, PLLC are attorneys duly authorized to practice before this Court and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ Ryan E. Jarrard and Quist, Cone & Fisher, PLLC, attorneys, under the terms and conditions set forth in his

application.  The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

This order is entered *nunc pro tunc* to the date the application was filed.

###

**APPROVED FOR ENTRY:**


*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
Tenn. Bar No. 006033
**QUIST, CONE & FISHER, PLLC**
(f/k/a Jenkins & Jenkins Attorneys, PLLC)
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
mhf@QCFLaw.com


*/s/ Patricia C. Foster*
Patricia C. Foster, Esq.
Tenn. Bar No. 012970
**ATTORNEY FOR U.S. TRUSTEE**
Howard H. Baker, Jr., U.S. Courthouse
800 Market Street, Suite 114
Knoxville, TN 37902
(865) 545-4324
patricia.foster@usdoj.gov